■ HERBERT HALL, III, an Infant, by HERBERT HALL, JR., His Father and Natural Guardian, et al., Plaintiffs, v ST. LUKE'S HOSPITAL et al., Defendants. HERBERT HALL, III, an Infant, by HERBERT HALL, JR., His Father and Natural Guardian, et al., Respondents, v THEODORE K. TOBIAS et al., Appellants, et al., Defendants.—Order, Supreme Court, New York County, entered on April 11, 1978, unanimously affirmed for the reasons stated by Ascione, J., at Special Term. Respondents shall recover of appellants one bill of $50 costs and disbursements of this appeal. Concur—Lupiano, J. P., Silverman, Fein, Sandler and Sullivan, JJ.

■ BERNARD E. ROSENBERG, Respondent, v CONSOLIDATED FOODS CORPORATION, Appellant.—Order, Supreme Court, New York County, entered on April 20, 1978, unanimously affirmed. Respondent shall recover of appellant $50 costs and disbursements of this appeal. Appellant's time within which to answer the interrogatories is extended to 20 days after service upon it by respondent of a copy of this court's order with notice of entry thereon. No opinion. Concur—Lupiano, J. P., Silverman, Fein, Sandler and Sullivan, JJ.

■ ETHEL SMITH, Respondent, v WILL McCOY, Appellant.—Order, Supreme Court, New York County, entered on April 14, 1978, unanimously affirmed for the reasons stated by Nadel, J., at Special Term, without costs and without disbursements. Concur—Lupiano, J. P., Silverman, Fein, Sandler and Sullivan, JJ.

■ In the Matter of CHADBOURNE, PARKE, WHITESIDE & WOLFF, Respondent, v AMERICAN EAST INDIA CORPORATION, Defendant and EUGENE W. CONNELLY, Appellant.—Order, Supreme Court, New York County, entered on September 1, 1978, unanimously affirmed for the reasons stated by Williams, J., at Special Term, without costs and without disbursements. Concur—Kupferman, J. P., Birns, Lane, Sandler and Sullivan, JJ.

■ EUGENE W. CONNELLY, Appellant, v CHADBOURNE, PARKE, WHITESIDE & WOLFF, Respondent.—Order, Supreme Court, New York County, entered on October 18, 1977, unanimously affirmed for the reasons stated by Greenfield, J., at Special Term, without costs and without disbursements. Concur—Kupferman, J. P., Birns, Lane, Sandler and Sullivan, JJ.

■ In the Matter of JOSEPH LIBRIZZO, Appellant, v NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM et al., Respondents.—Judgment, Supreme Court, New York County, entered on June 6, 1978, unanimously affirmed on the opinion of Asch, J., at Special Term, without costs and without disbursements. Concur—Kupferman, J. P., Birns, Lane, Sandler and Sullivan, JJ.